
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2021
```

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF

May 27, 2021

United States District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:** ***Mercer v. Roosevelt Motel, Inc., Case No.: 1:21-cv-03353-AT***

Dear District Judge Torres:

  This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. To date, Roosevelt Motel, Inc. ("Defendant") has not yet appeared in this action and a Clerk's Certificate of Default was entered on May 25, 2021 (D.E. 12). We are in the process of serving the Clerk's Certificate of Default on the Defendant and are hopeful that our efforts will result in the Defendant appearing in this action. In the meantime, we are unable to meet and confer and submit the joint status letter and proposed CMP, which is currently due to be filed by June 8, 2021. As a result, we are requesting a 30-day adjournment of the initial conference currently scheduled for June 15, 2021, at 10:40 a.m., including all other deadlines related to the Initial Pretrial Conference Order (D.E. 6). This is our first request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates since the Defendant has not yet appeared in this action

  We thank the Court for your time and consideration in this matter.

            Respectfully submitted,

            BASHIAN & PAPANTONIOU, P.C.

            */s/ Erik M. Bashian*
            _____
            Erik M. Bashian, Esq.

GRANTED. The conference scheduled for June 15, 2021, is ADJOURNED to **July 15, 2021, at 10:20 a.m.** By **July 8, 2021**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall move for default judgment.

SO ORDERED.

Dated: May 27, 2021
   New York, New York

            _____
            ANALISA TORRES
            United States District Judge